UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Cause No. 1:05-cv-1001-SEB-VSS |
| DUKE DRUMMOND, INTERNAL REVENUE SERVICE, CHASE MANHATTAN FINANCE, SMALL BUSINESS ADMINSTRATION and HANCOCK COUNTY, INDIANA, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**AMENDED ORDER OF APPROPRIATION**
**AND REINSTATEMENT OF APPRAISERS**

The Court, having reviewed the record of this case and being duly advised, now FINDS:

1. Plaintiff, State of Indiana, filed its Complaint for Appropriation of Real Estate in this case on May 11, 2005.

2. Plaintiff's Complaint for Appropriation of Real Estate complies with Indiana eminent domain law, and the Court has jurisdiction over the subject matter of this case and the parties herein.

3. On May 20, 2005, Defendant, Duke Drummond, appeared by counsel in this case.

4. On July 7, 2005, Defendants, the Internal Revenue Service and Small Business Administration, appeared by counsel in this case.

5. Defendants, Chase Manhattan Finance and Hancock County,

Indiana, have failed to appear in this case although they have been served with notice as provided by statute.

6. Plaintiff is entitled by law to appropriate the fee simple title to real estate described as:

> A part of Lots 11 and 12 in Hiday's Addition to the Town of McCordsville, Indiana, the plat of which is recorded in Plat Book 1, page 74, in the Office of the Recorder of Hancock County, Indiana, and being Parcel 61, Indiana Department of Transportation L.A. Code 3820, described as follows:  Beginning at the southeastern corner of said Lot 11; thence South 56 degrees 20 minutes 42 seconds West 22.802 meters (74.81 feet) along the southeastern lines of said Lots 11 and 12 to the prolonged southwestern line of the grantor's land; thence North 33 degrees 43 minutes 51 seconds West 16.380 meters (53.74 feet) along said prolonged southwestern line; thence North 59 degrees 35 minutes 09 seconds East 22.860 meters (75.00 feet) to the northeastern line of said Lot 11; thence South 33 degrees 39 minutes 18 seconds East 15.088 meters (49.50 feet) along said northeastern line to the point of beginning and containing 358.9 square meters (3,863 square feet), more or less, inclusive of the presently existing right-of-way which contains 176.8 square meters (1,903 square feet), more or less, for a net additional taking of 182.1 square meters (1,960 square feet), more or less.

7. The Court should now appoint and instruct three (3) disinterested freeholders of Henry County, Indiana to assess the total amount of just compensation due Defendants in this case as a result of Plaintiff's appropriation of the above described real estate for the improvement of U.S. 36 and State Road 67.

IT IS THEREFORE ORDERED that the real estate above is condemned; that **Kenneth Fleetwood**, **Doug Harvey** and **Brian Reske**, are REINSTATED as

court-appointed appraisers in this case and REAPPOINTED to assess the total amount of just compensation due Defendants, Duke Drummond, Internal Revenue Service, Chase Manhattan Finance, Small Business Administration and Hancock County, Indiana, by reason of Plaintiff's appropriation; that these real estate appraisers shall meet at the Office of the Clerk of the Court on **Friday, November 4, 2005 at 1:00 p.m.**, and, after being duly sworn by the Clerk and instructed by the Court, proceed in a body to view the real estate described above; and that these real estate appraisers shall file their report as to the total amount of just compensation due the Defendants with the Clerk of the Court on **the 16th day of December, 2005**.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a copy of this Order of Appropriation and Appointment of Appraisers to Plaintiff, Defendants and all attorneys of record in this case; and that the Clerk shall send a copy of the Report of Appraisers, when filed in this case, **by CERTIFIED MAIL to Plaintiff, all Defendants and the attorneys of record**.

Date: 10/24/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jasmin L. Stump
Sue Hendricks Bailey
Jeffrey M. Ballamy
Kenneth P. Fleetwood
Doug Harvey
Brian Reske

3