UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STATE OF INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 1:05-cv-1001-SEB-VSS |
| DUKE DRUMMOND, INTERNAL | ) | |
| REVENUE SERVICE, AURORA | ) | |
| LOAN SERVICES, INC., SMALL | ) | |
| BUSINESS ADMINSTRATION and | ) | |
| HANCOCK COUNTY, INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED FINDING AND JUDGMENT

Plaintiff, State of Indiana, by its attorney, Yasmin L. Stump; Defendant,

Duke Drummond, by his attorney, Jeffrey M. Bellamy; Defendants, Internal

Revenue Service and Small Business Administration, by their attorney, Debra G.

Richards; and Defendant, Aurora Loan Services, Inc., by its attorney, John B.

Flatt, concur in the findings set forth below and move the Court for judgment in

this case.

The Court, having examined the record in this case and being duly

advised, now FINDS:

1.     Plaintiff filed its Complaint for Appropriation of Real Estate in state

court in this eminent domain case on May 11, 2005.  Defendants, Internal

Revenue Service and Small Business Administration, subsequently removed this

case to U.S. District Court on July 7, 2005.

2.     All Defendants were served with notice as provided by Indiana

statute when this case was pending in state court.

3.     Defendant, Duke Drummond, appeared by counsel in this case on May 20, 2005.

4.     Defendants, Internal Revenue Service and Small Business Administration, appeared by counsel in this case on July 7, 2005.

5.     Aurora Financial Services, which currently holds the mortgage on the real estate, which is the subject of this case and was previously held by Defendant, Chase Manhattan Finance, appeared by counsel in this case on March 24, 2006.   The parties agree that Aurora Loan Services, Inc. should be substituted for Chase Manhattan Finance as a defendant in this case and that the caption of this case should be amended to reflect the substitution of Aurora Loan Services, Inc.

6.     Defendant, Hancock County, Indiana, has failed to appear in this case.

7.     On October 25, 2005, the Court entered its Amended Order of Appropriation of Real Estate and Reinstatement of Appraisers, in which it re-ordered appropriated that real estate described in rhetorical paragraph IV of Plaintiff's Complaint and reinstated the appraisers previously appointed in state court to assess total just compensation due to Plaintiff's appropriation.

8.     On January 20, 2006, the court-appointed appraisers reported to the Court in their Report of Appraisers that Defendants are entitled to total just compensation of Nineteen Thousand Six Hundred Sixty Dollars ($19,660.00) due to Plaintiff's appropriation.

2

9.    Defendant, Duke Drummond, filed Exceptions to the Report of Appraisers on February 6, 2006.

10.    On February 22, 2006, Plaintiff deposited funds equal to the amount of the court-appointed appraisers' award and court-appointed appraisers' fees with the Clerk of the Court.

11.    Plaintiff and Defendants, Duke Drummond, Internal Revenue Service, Aurora Loan Services, Inc. and Small Business Administration, now agree to Plaintiff's appropriation of the real estate interests described below; that Defendants, Duke Drummond, Internal Revenue Service, Aurora Loan Services and Small Business Administration, shall recover Forty-four Thousand Five Hundred Dollars ($44,500.00) as total just compensation for the real estate appropriated and any and all damages resulting from the appropriation; that the judgment amount of Forty-four Thousand Five Hundred Dollars ($44,500.00) shall be paid pursuant to the Defendants' agreement as provided below in paragraph no. 12 of this Agreed Finding and Judgment; and the parties further agree that no other Defendants are entitled to recover any damages due to Plaintiff's acquisition in this case.

12.    Defendants, Duke Drummond, Internal Revenue Service, Aurora Loan Services, Inc. and Small Business Administration, agree that the total judgment amount of Forty-four Thousand Five Hundred Dollars ($44,500.00) shall be paid entirely to Defendant, Aurora Loan Services, Inc., by virtue of the following:

a.    On April 22, 1998, Defendant, Aurora Loans Services, Inc.,

and Defendant, Duke Drummond, executed a promissory note in favor of Defendant, Aurora Loan Services, Inc., with that note being secured by a mortgage against the subject real estate recorded in the Office of the Recorder of Hancock County, Indiana at Instrument Number 9806277.

    b.    Defendant, Aurora Loan Services, Inc.'s mortgage has a priority lien position over all Defendants other than Defendant, Duke Drummond, as it is first in time.

    c.    On November 6, 2002, Defendant, Small Business Administration, and Defendant, Duke Drummond, executed certain loans and a mortgage securing those loans against the subject real estate as recorded in the Office of the Recorder of Hancock County, Indiana, at Instrument Numbers 030002398 and 030002399.

    d.    Defendant, Small Business Administration's mortgage has a second priority lien position over all Defendants other than Defendants, Duke Drummond and Aurora Loan Services, Inc., as it is second in time.

    e.    On December 23, 2003, Defendant, Internal Revenue Service, obtained a tax lien for allegedly unpaid tax assessments against Defendant, Duke Drummond, as recorded in the Office of the Recorder of Hancock County, Indiana, at Instrument Number 030026656.

    f.    Defendant, Internal Revenue Service's tax lien has a third priority position behind all Defendants named in this case.

    g.    Pursuant to the terms of Defendant, Aurora Loan Service, Inc.'s note and mortgage with Defendant, Duke Drummond, Defendant,

4

Aurora Loan Services, Inc., has the right to accelerate all amounts due and owing under the note and mortgage at the time of any condemnation action.

      h.    In full satisfaction of Defendant, Aurora Loan Services, Inc.'s note and release of its mortgage against the subject real estate, the Defendants agree that Defendant, Aurora Loan Services, Inc., should be paid the entire judgment amount of Forty-four Thousand Five Hundred Dollars ($44,500.00).

13.    All parties who requested a trial by jury now withdraw their requests.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff, State of Indiana, now holds fee simple title, including all immediate rights of possession, to the real estate described as:

> A part of Lots 11 and 12 in Hiday's Addition to the Town of McCordsville, Indiana, the plat of which is recorded in Plat Book 1, page 74, in the Office of the Recorder of Hancock County, Indiana, and being Parcel 61, Indiana Department of Transportation L.A. Code 3820, described as follows: Beginning at the southeastern corner of said Lot 11; thence South 56 degrees 20 minutes 42 seconds West 22.802 meters (74.81 feet) along the southeastern lines of said Lots 11 and 12 to the prolonged southwestern line of the grantor's land; thence North 33 degrees 43 minutes 51 seconds West 16.380 meters (53.74 feet) along said prolonged southwestern line; thence North 59 degrees 35 minutes 09 seconds East 22.860 meters (75.00 feet) to the northeastern line of said Lot 11; thence South 33 degrees 39 minutes 18 seconds East 15.088 meters (49.50 feet) along said northeastern line to the point of beginning and containing 358.9 square meters (3,863 square feet), more or less, inclusive of the presently existing right-

5

of-way which contains 176.8 square meters (1,903 square feet), more or less, for a net additional taking of 182.1 square meters (1,960 square feet), more or less.

IT IS FUTHER ORDERED, ADJUDGED AND DECREED that Aurora Loan Services, Inc. is substituted for Chase Manhattan Finance as a defendant in this case and that the case caption in this case is AMENDED to reflect the substitution of Aurora Loan Services, Inc. for Chase Manhattan Finance as a defendant in this case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, Duke Drummond, Internal Revenue Service and Small Business Administration, shall take nothing in this case by virtue of these Defendants' agreement contained in paragraph no. 12 of this Agreed Finding and Judgment and that Defendant, Hancock County, Indiana, is defaulted and shall take nothing in this case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Defendant, Aurora Loan Services, Inc., shall have and recover, as total just compensation, for Plaintiff's appropriation in this case, the amount of Forty-four Thousand Five Hundred Dollars ($44,500.00); that the Clerk of the Court shall immediately pay to Defendant, Aurora Loan Services, Inc., Nineteen Thousand Six Hundred Sixty Dollars ($19,660.00), which is the amount of the court-appointed appraisers' award previously deposited with the Clerk of the Court by the Plaintiff; that the Plaintiff, State of Indiana, shall deposit with the Clerk of the Court the amount of Twenty-four Thousand Eight Hundred Forty Dollars ($24,840.00), which is the difference between the judgment amount and the

6

amount of the court-appointed appraisers' award, which the Plaintiff previously deposited with the Clerk of the Court; and the Clerk of the Court, shall, upon receipt, immediately pay to Defendant, Aurora Loan Services, Inc., Twenty-four Thousand Eight Hundred Forty Dollars ($24,840.00), in full satisfaction of this judgment and any and all of Defendants' claims in this case.

IT IS FURTHER ORDERED by the Court that the Clerk of this Court shall promptly send a certified copy of this Agreed Finding and Judgment to the Auditor and Recorder of Hancock County, Indiana; that the Auditor shall remove the above-described fee simple interest in real estate from the tax records and rolls of Hancock County, Indiana and cancel all 2006 and subsequent years' taxes thereon; that the Auditor shall submit evidence of this removal from the tax records by United States mail to the undersigned Plaintiff's counsel at: Law Office of Yasmin L. Stump, Three Meridian Plaza, Suite 100, 10333 North Meridian Street, Indianapolis, Indiana 46290; that the Recorder shall, pursuant to IC 8-23-7-31 and without payment of fee, record the transfer of the above-described real estate; and that the Recorder shall submit evidence of that recordation, by United States mail, to the undersigned Plaintiff's counsel at: Law Office of Yasmin L. Stump, Three Meridian Plaza, Suite 100, 10333 North Meridian Street, Indianapolis, Indiana 46290.

AGREED TO AND APPROVED BY:

Jeffrey M. Bellamy, *Attorney for Defendant, Duke Drummond*
Atty. No. 24090-49

Yasmin L. Stump
*Attorney for Plaintiff, State of Indiana*
Atty. No. 14876-49

7

Plaintiff, State of Indiana

_____
Defendant, Duke Drummond

_____
Kevin McClure, Chief
Division of Land Acquisition
 Indiana Department of
 Transportation

_____
Debra G. Richards, *Attorney for Defendants,*
*Internal Revenue Service and Small*
*Business Administration*
Attorney No. _____

_____
John B. Flatt, *Attorney for Defendant, Aurora*
*Loan Services, Inc.*
Atty. No. _____

Defendant, Aurora Loan Services, Inc.

By:_____
   Printed Name:_____
   Title: _____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: _____05/17/2006_____

Distribution attached.

8

_Duke Drummond_ (signature)

Defendant, Duke Drummond

Plaintiff, State of Indiana

_____

Debra G. Richards, *Attorney for Defendants,*
*Internal Revenue Service and Small*
*Business Administration*
Attorney No. _____

_____
Kevin McClure, Chief
Division of Land Acquisition
Indiana Department of
Transportation

_____

John B. Flatt, *Attorney for Defendant, Aurora*
*Loan Services, Inc.*
Atty. No. _____

Defendant, Aurora Loan Services, Inc.

By:_____
   Printed Name:_____
   Title: _____

_____
JUDGE, U.S. District Court
Southern District of Indiana

Date: _____

Distribution attached.

8

Plaintiff, State of Indiana

_____

Defendant, Duke Drummond

_____

_____
Kevin McClure, Chief
Division of Land Acquisition
  Indiana Department of
  Transportation

_____
Debra G. Richards, *Attorney for Defendants,*
*Internal Revenue Service and Small*
*Business Administration*
Attorney No. _____

s/John B. Flatt *by YLS*
_____
John B. Flatt, *Attorney for Defendant, Aurora*
*Loan Services, Inc.*
Atty. No. 20883-45

Defendant, Aurora Loan Services, Inc.

By: s/Chris S. Zimmerman *byYLS*  _____
   Printed Name: Chris S. Zimmerman
   Title: Paralegal

_____
JUDGE, U.S. District Court
Southern District of Indiana

Date: _____

Distribution attached.

8

Plaintiff, State of Indiana

_____
Defendant, Duke Drummond

SUSAN W. BROOKS
United States Attorney                              _____
                                                    Kevin McClure, Chief
                                                    Division of Land Acquisition
                                                    Indiana Department of
                                                    Transportation

_____
Debra G. Richards, *Attorney for Defendants,*
*Internal Revenue Service and Small*
*Business Administration*
Attorney No. 21800-49

_____
John B. Flatt, *Attorney for Defendant, Aurora*
*Loan Services, Inc.*
Atty. No. _____

Defendant, Aurora Loan Services, Inc.

By:_____
    Printed Name:_____
    Title: _____

                                                    _____
                                                    JUDGE, U.S. District Court
                                                    Southern District of Indiana

Date: _____

Distribution attached.

8

Distribution:

Yasmin L. Stump
LAW OFFICE OF YASMIN L. STUMP
Three Meridian Plaza, Suite 100
10333 North Meridian Street
Indianapolis, IN 46290
yasminstump@aol.com

Jeffrey M. Bellamy
THRASHER BUSCHMANN GRIFFITH & VOELKEL
151 North Delaware Street, Suite 1900
Indianapolis, IN 46204
bellamy@indiana-attorneys.com

Debra G. Richards, Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
debra.richards@usdoj.gov

John B. Flatt
NELSON AND FRANKENBERGER
3105 East 98th Street, Suite 170
Indianapolis, IN 46280
john@nf-law.com

Chase Manhattan Finance
c/o Amy L. Feller, Operations Supervisor
JP Morgan Chase Bank, NA
111 E. West Compton Ave., Floor 7
Mailing Code WI1-4030
Milwaukee, WI 53202-4815

The Honorable Vicki Saunders
Auditor, Hancock County, Indiana
208 Courthouse
9 East Main Street
Greenfield, IN 46140

The Honorable Carolyn Grass
Recorder, Hancock County, Indiana
204 Courthouse
9 East Main Street
Greenfield, IN 46140