UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:05-cv-1001-SEB-VSS |
| DUKE DRUMMOND, INTERNAL REVENUE SERVICE, CHASE MANHATTAN FINANCE, SMALL BUSINESS ADMINSTRATION and HANCOCK COUNTY, INDIANA, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER FOR NUNC PRO TUNC CORRECTION OF CLERICAL ERROR IN AGREED FINDING AND JUDGMENT**

Comes now the Court and being duly advised in the premises hereby FINDS ORDERS and ADJUDGES that paragraph 12, sub-paragraph (e) of the Agreed Finding and Judgment, file dated May 17, 2006, shall be corrected as follows as if originally filed as written here:

12. (e)  On December 23, 2003, Defendant, Internal Revenue Service, obtained a tax lien for allegedly unpaid tax assessments against Defendant, Duke Drummond, as recorded in the Office of the Recorder of Hancock County, Indiana, at Instrument Number 030026556.

So Ordered,  06/22/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution Attached:

Yasmin L. Stump
LAW OFFICE OF YASMIN L. STUMP
Three Meridian Plaza, Suite 100
10333 North Meridian Street
Indianapolis, IN 46290
yasminstump@aol.com

Debra G. Richards
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
debra.richards@usdoj.gov

John B. Flatt
NELSON AND FRANKENBERGER
3105 East 98th Street, Suite 170
Indianapolis, IN 46280
john@nf-law.com

The Honorable Vicki Saunders
Auditor, Hancock County, Indiana
208 Courthouse
9 East Main Street
Greenfield, IN 46140

The Honorable Carolyn Grass
Recorder, Hancock County, Indiana
204 Courthouse
9 East Main Street
Greenfield, IN 46140